IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER DAVIS,
      Petitioner,

vs.                                  Case No.: 4:08cv334/MMP/EMT

WALTER McNEIL,
      Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Petitioner has also filed a motion to proceed in forma pauperis (Doc. 2).

Petitioner's application to proceed in forma pauperis is denied, without prejudice, as it is incomplete. The instructions require that a printout of the inmate's prison account be provided which covers the six-month period prior to the filing of the petition. In this case, as the petition was filed July 23, 2008 (*see* Doc. 1 at 4), the period involved is from January 23, 2008 through July 23, 2008. Although Petitioner submitted a motion to proceed in forma pauperis, he did not submit a prisoner consent form, <u>signed by a prison official</u>, and financial certificate, including an attached computer printout of the transactions in his prison account during the preceding six-month period. Thus, before this matter may proceed, Petitioner must either pay the filing fee of $5.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved. Also, Petitioner must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida; therefore, Petitioner must submit one (1) additional complete copy of the petition, as he provided only one copy.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2. The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District, as well as a copy of the form for use in Section 2254 cases. This case number should be written on the forms.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite Prisoner Consent Form and Financial Certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six-month period</u>. Also, Petitioner shall provide on (1) service copy of the petition (Doc. 1).

4. Petitioner's failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 5<u>th</u> day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**