IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER DAVIS,
    Petitioner,

vs.                            Case No.: 4:08cv334/MMP/EMT

WALTER McNEIL,
    Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).  The filing fee has been paid.

The court notes that Petitioner failed to fully complete the § 2254 petition form, therefore, he must amend the petition before this action may proceed.  Question 14 requires Petitioner to identify each ground for relief and provide a summary of facts in support of each ground.  Petitioner responded by stating, in pertinent part, "Petitioner adapts and incorporates argument and facts contained in Exhibit A," thereby referring the court to an exhibit.  This is not acceptable.  The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience.  This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible motions or petitions.  This saving would be lost if Petitioner were allowed to file an incomplete form and an exhibit, instead of completing the form itself.  In light of the administrative benefits derived from the use of the form, Petitioner should be required to fully complete the form, even if he needs to attach pages setting forth additional grounds and supporting facts.  Therefore, Petitioner must amend his petition to correct the insufficiencies.

To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Amended Petition." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the original petition. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida. In addition, Petitioner shall provide two (2) complete copies of the petition, including all attachments, for service upon Respondent and the Attorney General.

Accordingly, it is **ORDERED**:

1. The clerk shall send Petitioner a copy of the form for use in Section 2254 cases. This case number should be written on the form.

2. Petitioner shall file an amended petition as instructed in this order. Petitioner should completely fill out the new petition form, marking it "Amended Petition." The amended petition should not refer to the original petition. Petitioner shall provide two (2) service copies of the amended petition, including all attachments, in addition to the original.

3. Petitioner's failure to submit the amended petition within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 5th day of September 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**